**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESOLUTE COMMERCIAL SERVICES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> RESOLUTION FINANCIAL ADVISORS, LLC, <br><br> Defendant. | Case No. 2:25-cv-07504-MCS-PVC <br><br> **JUDGMENT** |

Pursuant to the Court's Order Re: Motion for Leave to File Amended Complaint and Dismissal, it is ordered, adjudged, and decreed that this case is dismissed for lack of subject-matter jurisdiction. No party shall take anything from this action.

**IT IS SO ORDERED.**

Dated: August 21, 2025

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE